IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:15-cv-111-BO

| | | |
|---|---|---|
| JOHN CARUSO, LAURA CARUSO, LAURA CLARK, SUZANNE DILLMAN, SUSAN EYERMANN, TIMOTHY EYERMANN, CLEVE THOMAS MASSON, PAULINE MARIE MASSON, DAVID CRAIG SALMON, NANCY SALMON, LINDA SCHUELLER, DONALD SLOVER, ELIZABETH SLOVER, AND JILL VOSS, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **CONSENT ORDER** |
| v. | ) ) | |
| OCEAN ISLE PALMS, INC., OCEAN ISLE PALMS, LLC, COASTAL COMMUNITIES, INC., MARK A. SAUNDERS, DEBORAH BOODRO, DONALD HOWARTH, MAS PROPERTIES, LLC, THE MORTGAGE COMPANY OF BRUNSWICK, INC., AND BRENDAN GORDON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

NOW COME Defendants and Plaintiffs and move the Court to enter this Order remanding the captioned action to Brunswick County Superior Court, from which it was removed by Defendants on May 20, 2015. Defendants removed the captioned action to this Court on the grounds that it involves federal question under the Interstate Land Sales Full Disclosure Act ("ILSA"), 15 U.S.C. § 1701 *et seq.*, but 15 U.S.C. § 1719 provides that "[n]o case arising under this chapter and brought in any State court of competent jurisdiction shall be removed to any court of the United States, except where the United States or any officer or employee of the United States in his official capacity is a party."

NOW THERFORE it is hereby ORDERED that the captioned action be and hereby is remanded to Brunswick County Superior Court.

This the 28th day of May, 2015.

| HODGES COXE POTTER & PHILLIPS, LLP | GRAEBE HANNA & SULLIVAN, PLLC |
|---|---|
| /s/ C. Wes Hodges, II | /s/ Christopher T. Graebe |
| C. Wes Hodges, II, NCSB No. 21575 | Christopher T. Graebe, NCSB No. 17416 |
| Sarah R. Buzzard, NCSB No. 35526 | Mark R. Sigmon, NCSB No. 37762 |
| 3907-100 Wrightsville Avenue | 4350 Lassiter at North Hills Ave., Suite 375 |
| Wilmington, North Carolina 28403 | Raleigh, North Carolina 27609 |
| Telephone: (910) 772-1678 | Telephone: (919) 863-9090 |
| Fax: (910) 799-7119 | Fax: (919) 863-9095 |
| Email: whodges@hcpplaw.com | Email: cgraebe@ghslawfirm.com |
| sbuzzard@hcpplaw.com | msigmon@ghslawfirm.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED, this the 11 day of June, 2015.

*[signature]*
Hon. Terrence W. Boyle
United States District Judge

2